# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CONSUMER FINANCIAL PROTECTION BUREAU**　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　**CIVIL ACTION NO. 3:16-cv-356-WHB-JCG**

**ALL AMERICAN CHECK CASHING, INC.;**
**MID-STATE FINANCE, INC.; and**
**MICHAEL E. GRAY, individually**　　　　　　　　**DEFENDANTS**

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR AN IN-PERSON CASE MANAGEMENT CONFERENCE

Plaintiff Consumer Financial Protection Bureau ("Bureau") files this Response in Opposition to Defendants' Motion for an In-Person Case Management Conference, Dkt. No. 16, and states:

1.　On June 15, 2016, the parties conducted their Rule 26(f) teleconference. The call lasted over an hour and the parties covered all required subjects set forth in Local Rule 26(f). During the call, the parties disagreed about the scope of discovery necessary in this matter. Disagreement concerning limitations on discovery is not unusual during a Rule 26(f) conference. On June 23, 2016, Defendants filed a Motion for an In-Person Case Management Conference.

2.　There is no reason that the disagreements between the parties cannot be addressed in a Telephonic Case Management Conference, as envisioned in the Court's Rule 16(a) Initial Order. The Rule 16(a) Initial Order contemplates an in-person case

management conference in narrow circumstances, not present here. The Federal Rules of Civil Procedure likewise do not support Defendants' proposal.

3.     An in-person case management conference would result in unnecessary expenditure of resources by the Court and the parties.

FOR THESE REASONS, and those set forth in the memorandum brief filed with this Response, the Bureau respectfully requests that the Court enter an order denying Defendants' Motion for an In-Person Case Management Conference.

Dated: June 29, 2016

Respectfully submitted,

CONSUMER FINANCIAL PROTECTION BUREAU

ANTHONY ALEXIS
Enforcement Director

CARA PETERSEN
Deputy Enforcement Director for Litigation

R. GABRIEL D. O'MALLEY
Assistant Litigation Deputy

  s/Emily Mintz
EMILY MINTZ (VA Bar No. 82437)
Phone: (202) 435-9424
E-mail: emily.mintz@cfpb.gov
MICHAEL FAVRETTO (NY Bar No. 4508727)
Phone: (202) 435-7785
E-mail: michael.favretto@cfpb.gov
Enforcement Attorneys
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722


GREGORY K. DAVIS
United States Attorney
Southern District of Mississippi

MITZI DEASE PAIGE (MS Bar No. 6014)
Assistant United States Attorney
Chief, Civil Division
Southern District of Mississippi
501 E. Court Street, Suite 4.430
Jackson, MS 39201
Phone: (601) 965-4480
Direct: (601) 973-2840
Facsimile: (601) 965-4409
E-mail: mitzi.paige@usdoj.gov

# CERTIFICATE OF SERVICE

  I hereby certify that on June 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, including the following:

Robin H. Rasmussen (MS 104729)
Dinkelspiel Rasmussen & Mink, PLLC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120
Telephone: (901) 754-7770
Facsimile: (901) 756-7772
E-mail: rrasmussen@drmlawmemphis.com

Peter D. Baskind (TN 019962)
Dinkelspiel Rasmussen & Mink, PLLC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120
Telephone: (901) 754-7770
Facsimile: (901) 756-7772
E-mail: pbaskind@drmlawmemphis.com

Dale Danks, Jr. (MS 5789)
Danks, Miller & Cory
P.O. Box 1759
Jackson, MS 39215-1759
Telephone: (601) 957-3101
Facsimile: (601) 957-3160
E-mail: ddanks@dmc-law.net

Bentley E. Conner (MS 6465)
P.O. Box 563
Canton, MS 39046
Telephone: (601) 859-6306
Facsimile: (601) 859-6307
E-mail: connerbentleye@bellsouth.net

   s/Emily Mintz
   EMILY MINTZ (VA Bar No. 82437)
   Phone: (202) 435-9424
   E-mail: emily.mintz@cfpb.gov
   Enforcement Attorney
   Consumer Financial Protection Bureau
   1700 G Street NW
   Washington, DC 20552
   Facsimile: (202) 435-7722