**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CONSUMER FINANCIAL PROTECTION BUREAU            PLAINTIFF**

**VS.                             CIVIL ACTION NO. 3:16-cv-00356-WHB-JCG**

**ALL AMERICAN CHECK CASHING, INC.;
MID-STATE FINANCE, INC.; and
MICHAEL E. GRAY, individually                           DEFENDANTS**

**PLAINTIFF'S FIRST MOTION TO COMPEL DISCOVERY RESPONSES**

Plaintiff, Consumer Financial Protection Bureau ("Bureau" or "Plaintiff"), hereby moves the Court, pursuant to Federal Rule of Civil Procedure 37, for an Order compelling production of documents by Defendants All American Check Cashing, Inc., Mid-State Finance, Inc., and Michael E. Gray ("Defendants"). In support of this Motion, the Bureau states:

1.  Defendants object to producing audio recordings of consumer complaints, although these recordings are responsive to the Bureau's Document Request 3 and relevant to the Bureau's claims.

2.  Defendants object to producing documents created before May 11, 2013, which Defendants assert is the cut-off date for any relevant documents in this litigation, despite the fact that these documents are responsive to many of the Bureau's Requests for Production of Documents and relevant to the Bureau's claims.

3.  Defendants produced documents in a manner that violates the Case Management Order's requirement that ESI be produced in either "native format or in a

-1-

reasonably usable and searchable PDF format." Case Management Order, ECF No. 21, p. 3, Section 6(E).

For these reasons, and the ones set forth in the Bureau's Memorandum Brief field contemporaneously with this Motion, the Bureau respectfully requests that the Court enter an Order requiring Defendants to: (1) produce audio recordings of voicemail messages from consumers concerning Defendants' services, which include consumer complaints, as requested in Document Request 3; (2) produce documents in response to the Bureau's Requests for Production of Documents that date back to July 21, 2011; and (3) produce electronically stored information (ESI) in either native format or in a reasonably usable and searchable format, including sufficient information to determine where one document begins and another one ends, whether a document is an attachment to an email or a stand-alone document, and the document's metadata, such as the creation date and author.

Dated: November 21, 2016

Respectfully submitted,

CONSUMER FINANCIAL PROTECTION BUREAU

ANTHONY ALEXIS
Enforcement Director

CARA PETERSEN
Deputy Enforcement Director for Litigation

R. GABRIEL D. O'MALLEY
Assistant Litigation Deputy

 _s/Emily Mintz_____
EMILY MINTZ (VA Bar No. 82437)
Phone: (202) 435-9424
E-mail: emily.mintz@cfpb.gov
MICHAEL FAVRETTO (NY Bar No. 4508727)
Phone: (202) 435-7785

E-mail: michael.favretto@cfpb.gov
STEPHANIE BRENOWITZ (NY Bar No. 4317418)
Phone: (202) 435-9005
E-mail: stephanie.brenowitz@cfpb.gov
Enforcement Attorneys
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

GREGORY K. DAVIS
United States Attorney
Southern District of Mississippi

MITZI DEASE PAIGE (MS Bar No. 6014)
Assistant United States Attorney
Chief, Civil Division
Southern District of Mississippi
501 E. Court Street, Suite 4.430
Jackson, MS 39201
Phone: (601) 965-4480
Direct: (601) 973-2840
Facsimile: (601) 965-4409
E-mail: mitzi.paige@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on November 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, including the following:

Robin H. Rasmussen (MS 104729)
Dinkelspiel Rasmussen & Mink, PLLC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120
Telephone: (901) 754-7770
Facsimile: (901) 756-7772
E-mail: rrasmussen@drmlawmemphis.com

Peter D. Baskind (TN 019962)
Dinkelspiel Rasmussen & Mink, PLLC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120
Telephone: (901) 754-7770
Facsimile: (901) 756-7772
E-mail: pbaskind@drmlawmemphis.com

Megan B. Ross (MS 103609)
Dinkelspiel Rasmussen & Mink, PLLC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120
Telephone: (901) 754-7770
Facsimile: (901) 756-7772
E-mail: mross@drmlawmemphis.com

Dale Danks, Jr. (MS 5789)
Danks, Miller & Cory
P.O. Box 1759
Jackson, MS 39215-1759
Telephone: (601) 957-3101
Facsimile: (601) 957-3160
E-mail: ddanks@dmc-law.net

Bentley E. Conner (MS 6465)
P.O. Box 563
Canton, MS 39046
Telephone: (601) 859-6306
Facsimile: (601) 859-6307
E-mail: connerbentleye@bellsouth.net

          s/Emily Mintz_____
          EMILY MINTZ (VA Bar No. 82437)
          Phone: (202) 435-9424
          E-mail: emily.mintz@cfpb.gov
          Enforcement Attorney
          Consumer Financial Protection Bureau
          1700 G Street NW
          Washington, DC 20552
          Facsimile: (202) 435-7722