UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CONSUMER FINANCIAL PROTECTION BUREAU**                         **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 3:16-cv-00356-WHB-JCG**

**ALL AMERICAN CHECK CASHING, INC.;**
**MID-STATE FINANCE, INC.; and**
**MICHAEL E. GRAY, individually**                                **DEFENDANTS**

**DECLARATION OF EMILY MINTZ
PURSUANT TO 28 U.S.C. § 1746**

I, Emily Mintz, declare and state as follows:

1. I am an Enforcement Attorney for the Consumer Financial Protection Bureau ("Bureau" or "Plaintiff") and am counsel in the above-captioned matter. I submit this Declaration in support of the Bureau's Third Motion to Compel Discovery Responses ("Bureau's Motion").

2. On May 17, 2017, May 18, 2017, and May 19, 2017, pursuant to L.U.CIV.R. 37(a), Bureau counsel sent Good Faith Certificates to Defendants' counsel Robin Rasmussen and Peter Baskind, confirming that the parties had conferred in good faith to resolve the issues included in the Bureau's Motion. Attached as **Exhibit A** to this Declaration are true and correct copies of these communications.

3. On May 19, 2017, Ms. Rasmussen responded, stating that she did not have authority to sign the certificates and advised Bureau counsel to contact Defendants' counsel Dale Danks and Bentley Conner. Attached as **Exhibit B** to this Declaration is a true and correct copy of this communication.

4. On May 19, 2017, Bureau counsel sent Mr. Danks and Mr. Conner the Good Faith Certificates. Attached as **Exhibit C** to this Declaration is a true and correct copy of this

communication. Bureau counsel have not received any response from either Mr. Danks or Mr. Conner.

    5.   Attached as **Exhibit D** to this Declaration is a true and correct copy of Plaintiff's Second Set of Interrogatories to Defendant All American Check Cashing, Inc. ("AACC").

    6.   Attached as **Exhibit E** to this Declaration is a true and correct copy of Plaintiff's Third Requests for Production to AACC.

    7.   Attached as **Exhibit F** to this Declaration is a true and correct copy of an April 5, 2017 email from Peter Baskind and its attachments.

    8.   Attached as **Exhibit G** to this Declaration is a true and correct copy of an April 7, 2017 email from Emily Mintz.

    9.   Attached as **Exhibit H** to this Declaration is a true and correct copy of AACC's Responses to the Bureau's Second Set of Interrogatories.

    10.  Attached as **Exhibit I** to this Declaration is a true and correct copy of AACC's Responses to the Bureau's Third Requests for Production.

    11.  Attached as **Exhibit J** to this Declaration is a true and correct copy of an April 27, 2017 email from Emily Mintz.

    12.  Attached as **Exhibit K** to this Declaration is a true and correct copy of a May 2, 2017 email thread between Emily Mintz and Peter Baskind.

    13.  Attached as **Exhibit L** to this Declaration is a true and correct copy of a May 9, 2017 letter from Emily Mintz.

    14.  Attached as **Exhibit M** to this Declaration is a true and correct copy of excerpts from the deposition of Laura Vance, formerly known as Laura Faulkner.

    15.  Attached as **Exhibit N** to this Declaration is a true and correct copy of Defendants' Second Set of Requests for Production of Documents.

-3-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of May 2017.

                                             s/ Emily Mintz
                                             Emily Mintz