UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

v.

ALL AMERICAN CHECK CASHING, INC.;
MID-STATE FINANCE, INC.; and
MICHAEL E. GRAY, individually,

    Defendants.

Case No. 3:16-cv-356-WHB-JCG

ORAL ARGUMENT REQUESTED

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants All American Check Cashing, Inc., Mid-State Finance, Inc., and Michael E. Gray (collectively, "All American") respectfully move the Court to grant them judgment on the pleadings.

1. On May 11, 2016, the Consumer Financial Protection Bureau ("CFPB") brought an enforcement action against All American for allegedly engaging in "unfair," "deceptive," and "abusive" practices in violation of 12 U.S.C. §§ 5531 and 5536. *See* Compl., Dkt. 1.

2. Judgment on the pleadings is warranted because (1) the CFPB's structure violates the Constitution; (2) this enforcement action violates All American's right to fair notice of prohibited conduct; (3) Section 5531 violates the non-delegation doctrine; and (4) the CFPB's interpretation of its authority under Sections 5531 and 5536 is overbroad and violates principles of federalism.

For these reasons, and those enumerated in the attached memorandum in support of this motion, All American respectfully requests that the Court grant judgment on the pleadings. All American respectfully requests oral argument on this motion.

Dated: May 24, 2017

Respectfully submitted,

/s/ Helgi C. Walker
Theodore B. Olson, *pro hac vice* (DC 367456)
Helgi C. Walker, *pro hac vice* (DC 454300)
Joshua S. Lipshutz, *pro hac vice* (DC 1033391)
Lochlan F. Shelfer, *pro hac vice* (DC 1029799)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9575
Email: tolson@gibsondunn.com
hwalker@gibsondunn.com
jlipshutz@gibsondunn.com
lshelfer@gibsondunn.com

/s/ Robin H. Rasmussen
Robin H. Rasmussen (MSB 104729)
Peter D. Baskind, *pro hac vice* (TN 019962)
DINKELSPIEL RASMUSSEN & MINK, PLLC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120
Telephone: (901) 754-7770
Facsimile: (901) 756-7772
Email: rrasmussen@drmlawmemphis.com

Dale Danks, Jr. (MS 5789)
DANKS, MILLER & CORY
213 S. Lamar Street
P.O. Box 1759
Jackson, MS 39215-1759
Telephone: (601) 957-3101
Facsimile: (601) 957-3160
Email: ddanks@dmc-law.net

Bentley E. Conner (MS 6465)
164 E. Center Street
P.O. Box 563
Canton, MS 39046
Telephone: (601) 859-6306
Facsimile: (601) 589-6307
Email: bentleyeconner@gmail.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF system on the following counsel of record on May 24, 2017:

Mitzi Dease Paige
Assistant United States Attorney
Chief, Civil Division
Southern District of Mississippi
501 E. Court Street, Suite 4.430
Jackson, MS 39201
mitzi.paige@usdoj.gov

Emily Mintz
Michael Favretto
Stephanie Brenowitz
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20522
emily.mintz@Government.gov
michael.favretto@Government.gov


/s/   Robin H. Rasmussen