**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**Northern Division**

---

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

Case No. 3:16-cv-356-WHB-JCG

v.

ALL AMERICAN CHECK CASHING, INC.;
MID-STATE FINANCE, INC.; and
MICHAEL E. GRAY, individually,

Defendants.

---

**DEFENDANTS' NOTICE OF CONSTITUTIONAL CHALLENGE TO ACT OF CONGRESS**

---

Defendants All American Check Cashing, Inc., Mid-State Finance, Inc., and Michael E. Gray (collectively, "All American") hereby provide notice to the Court and the Attorney General of the United States that All American filed a motion for judgment on the pleadings and accompanying memorandum (Dkts. 143 & 144) yesterday, May 24, 2017, that call into question the constitutionality of a federal statute. In particular, the motion argues that the Consumer Financial Protection Act ("CFPA") is unconstitutional insofar as it creates a Consumer Financial Protection Bureau ("CFPB") whose structure violates the Constitution. Federal Rule of Civil Procedure 5.1 requires a party to provide prompt notice to the Court and the Attorney General of the United States in the event of a motion calling into question the constitutionality of a federal statute if the United States or an agency thereof is not a party to the case. Although the CFPB is an agency of the federal government, the United States has recently taken the view that the CFPB is unconstitutionally structured. *See* U.S. Amicus Br., *PHH Corp. v. CFPB*, No. 15-1177, 2017

WL 1035617 (D.C. Cir. Mar. 17, 2017). The CFPB, therefore, may not adequately represent the views of the United States in this action.

All American provides this Notice to ensure the interests of the Attorney General of the United States are adequately represented. In compliance with Federal Rule 5.1, this Notice is being served upon the Attorney General of the United States by serving it via certified mail to:

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: May 25, 2017

/s/ Helgi C. Walker
Theodore B. Olson, *pro hac vice* (DC 367456)
Helgi C. Walker, *pro hac vice* (DC 454300)
Joshua S. Lipshutz, *pro hac vice* (DC 1033391)
Lochlan F. Shelfer, *pro hac vice* (DC 1029799)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9575
Email: tolson@gibsondunn.com
hwalker@gibsondunn.com
jlipshutz@gibsondunn.com
lshelfer@gibsondunn.com

Respectfully submitted,

/s/ Robin H. Rasmussen
Robin H. Rasmussen (MSB 104729)
Peter D. Baskind, *pro hac vice* (TN 019962)
DINKELSPIEL RASMUSSEN & MINK, PLLC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120
Telephone: (901) 754-7770
Facsimile: (901) 756-7772
Email: rrasmussen@drmlawmemphis.com

Dale Danks, Jr. (MS 5789)
DANKS, MILLER & CORY
213 S. Lamar Street
P.O. Box 1759
Jackson, MS 39215-1759
Telephone: (601) 957-3101
Facsimile: (601) 957-3160
Email: ddanks@dmc-law.net

Bentley E. Conner (MS 6465)
164 E. Center Street
P.O. Box 563
Canton, MS 39046
Telephone: (601) 859-6306
Facsimile: (601) 589-6307
Email: bentleyeconner@gmail.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF system on the following counsel of record on May 25, 2017:

Mitzi Dease Paige
Assistant United States Attorney
Chief, Civil Division
Southern District of Mississippi
501 E. Court Street, Suite 4.430
Jackson, MS 39201
mitzi.paige@usdoj.gov

Emily Mintz
Michael Favretto
Stephanie Brenowitz
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20522
emily.mintz@Government.gov
michael.favretto@Government.gov

/s/ Robin H. Rasmussen