# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**Consumer Financial Protection Bureau**                                    **Plaintiff**

**vs.**                                   **Civil Action No. 3:16cv00356 WHB-JCG**

**All American Check Cashing, Inc., et al.**                                 **Defendants**

## UNITED STATES' MOTION TO WITHDRAW COUNSEL

COMES NOW the United States of America and files its Motion to Withdraw Counsel and, in support of this motion, would show unto the court the following:

Assistant United States Attorney, Mitzi Dease Paige, is no longer local counsel for the Consumer Financial Protection Bureau, and requests that she be taken off the docket. Additionally, the United States asks that all other counsel of record involved in this case on behalf of the Consumer Financial Protection Bureau remain as counsel.

Dated this the 21st day of June, 2017.

                                                Respectfully submitted,

                                                HAROLD BRITTAIN
                                                Acting United States Attorney

BY:    */s/ Mitzi Dease Paige*
           MITZI DEASE PAIGE
           Assistant United States Attorney
           501 East Court Street, Suite 4.430
           Jackson, MS 39201
           Telephone No.:  601/973-2840
           Facsimile No.:  601/965-4409
           Mississippi Bar No. 6014
           E-mail: Mitzi.paige@usdoj.gov

CERTIFICATE OF SERVICE

    I, MITZI DEASE PAIGE, Assistant United States Attorney, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notices to all counsel of record:

    This the  21st  day of June, 2017.

                                   */s/Mitzi Dease Paige*_____
                                   Mitzi Dease Paige
                                   Assistant United States Attorney