# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**CONSUMER FINANCIAL PROTECTION BUREAU**          **PLAINTIFF**

**VS.**                    **CIVIL ACTION NO. 3:16-cv-00356-WHB-JCG**

**ALL AMERICAN CHECK CASHING, INC.;**
**MID-STATE FINANCE, INC.; and**
**MICHAEL E. GRAY, individually**          **DEFENDANTS**

## NOTICE OF APPEARANCE

Daniel Abraham of the Consumer Financial Protection Bureau enters his appearance as counsel of record for the Plaintiff, Consumer Financial Protection Bureau.

Dated: June 22, 2017

                                                 Respectfully submitted,

                                                 CONSUMER FINANCIAL PROTECTION BUREAU

                                                 ANTHONY ALEXIS
                                                 Enforcement Director

                                                 R. GABRIEL D. O'MALLEY
                                                 Acting Deputy Enforcement Director for Litigation

                                                  s/Daniel Abraham
                                                 DANIEL ABRAHAM (CA Bar No. 299193)
                                                 Phone: (202) 435-7039
                                                 E-mail: daniel.abraham@cfpb.gov
                                                 EMILY MINTZ (VA Bar No. 82437)
                                                 Phone: (202) 435-9424
                                                 E-mail: emily.mintz@cfpb.gov
                                                 MICHAEL FAVRETTO (NY Bar No. 4508727)
                                                 Phone: (202) 435-7785
                                                 E-mail: michael.favretto@cfpb.gov
                                                 STEPHANIE BRENOWITZ (NY Bar No. 4317418)

Phone: (202) 435-9005
E-mail: stephanie.brenowitz@cfpb.gov
Enforcement Attorneys
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

# CERTIFICATE OF SERVICE

  I hereby certify that on June 22, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                s/Daniel Abraham
                DANIEL ABRAHAM (CA Bar No. 299193)
                Phone: (202) 435-7039
                E-mail: daniel.abraham@cfpb.gov
                Enforcement Attorney
                Consumer Financial Protection Bureau
                1700 G Street NW
                Washington, DC 20552
                Facsimile: (202) 435-7722