**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CONSUMER FINANCIAL PROTECTION BUREAU PLAINTIFF**

**VS. CIVIL ACTION NO. 3:16-cv-00356-WHB-JCG**

**ALL AMERICAN CHECK CASHING, INC.;**
**MID-STATE FINANCE, INC.; and**
**MICHAEL E. GRAY, individually DEFENDANTS**

---

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

---

**ADDITIONAL EXHIBITS**