**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**Northern Division**

---

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff, Case No. 3:16-cv-356-WHB-JCG

v.

ALL AMERICAN CHECK CASHING, INC.;
MID-STATE FINANCE, INC.; and
MICHAEL E. GRAY, individually,

Defendants.

---

**DEFENDANTS' MOTION TO HEAR AND DECIDE MOTION FOR JUDGMENT ON THE PLEADINGS BEFORE TRIAL AND TO SCHEDULE ORAL ARGUMENT**

---

Pursuant to Federal Rule of Civil Procedure 12(i), Defendants All American Check Cashing, Inc., Mid-State Finance, Inc., and Michael E. Gray respectfully move this Court to separately hear and decide before trial Defendants' Motion for Judgment on the Pleadings, presented to this Court on May 24, 2017. ECF No. 144; *see* ECF Nos. 145, 146, 177, 178, 186, 230, 231, 232.

Defendants further respectfully request this Court to schedule oral argument on Defendants' Motion for Judgment on the Pleadings, as requested in Defendants' Motion pursuant to Local Rule 7(b)(6)(A). ECF No. 144, at 2. This Court has scheduled a pretrial conference in this case for May 10, 2018, and has set the jury trial for June 25, 2018. *See* Text-Only Order (2/22/18). Counsel for Defendants are ready to present oral argument on their Motion for Judgment on the Pleadings at any time, and as far in advance of trial as the Court wishes.

Dated: February 26, 2018

Respectfully submitted,

/s/ Helgi C. Walker
Theodore B. Olson, *pro hac vice* (DC 367456)
Helgi C. Walker, *pro hac vice* (DC 454300)
Joshua S. Lipshutz, *pro hac vice* (DC 1033391)
Lochlan F. Shelfer, *pro hac vice* (DC 1029799)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9575
Email: tolson@gibsondunn.com
hwalker@gibsondunn.com
jlipshutz@gibsondunn.com
lshelfer@gibsondunn.com

/s/ Michael V. Cory, Jr.
Michael V. Cory, Jr. (MS 9868)
Dale Danks, Jr. (MS 5789)
DANKS, MILLER & CORY
213 S. Lamar Street, P.O. Box 1759
Jackson, MS 39215-1759
Telephone: (601) 957-3101
Facsimile: (601) 957-3160
Email: ddanks@dmc-law.net

Bentley E. Conner (MS 6465)
164 E. Center Street, P.O. Box 563
Canton, MS 39046
Telephone: (601) 859-6306
Facsimile: (601) 589-6307
Email: bentleyeconner@gmail.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF system on the following counsel of record on February 26, 2018:

Christopher Deal
Lawrence DeMille-Wagman
*Senior Litigation Counsel*
Emily Mintz
Michael Favretto
Stephanie Brenowitz
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20522
christopher.deal@cfpb.gov
lawrence.wagman@cfpb.gov
emily.mintz@cfpb.gov
michael.favretto@cfpb.gov
stephanie.brenowitch@cfpb.gov
daniel.abraham@cfpb.gov

/s/ Michael V. Cory, Jr.