**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**Northern Division**

---

CONSUMER FINANCIAL PROTECTION BUREAU,

Plaintiff,

Case No. 3:16-cv-356-WHB-JCG

v.

ALL AMERICAN CHECK CASHING, INC.;
MID-STATE FINANCE, INC.; and
MICHAEL E. GRAY, individually,

Defendants.

---

**DEFENDANTS' MOTION FOR CERTIFICATION OF QUESTIONS FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

---

Theodore B. Olson, *pro hac vice* (DC 367456)
Helgi C. Walker, *pro hac vice* (DC 454300)
Joshua S. Lipshutz, *pro hac vice* (DC 1033391)
Lochlan F. Shelfer, *pro hac vice* (DC 1029799)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9575
Email: tolson@gibsondunn.com
hwalker@gibsondunn.com
jlipshutz@gibsondunn.com
lshelfer@gibsondunn.com

Dale Danks, Jr. (MS 5789)
Michael V. Cory, Jr. (MS 9868)
DANKS, MILLER & CORY
213 S. Lamar Street
P.O. Box 1759
Jackson, MS 39215-1759
Telephone: (601) 957-3101
Facsimile: (601) 957-3160
Email: ddanks@dmc-law.net

Bentley E. Conner (MS 6465)
164 E. Center Street
P.O. Box 563
Canton, MS 39046
Telephone: (601) 859-6306
Facsimile: (601) 589-6307
Email: bentleyeconner@gmail.com

All American Check Cashing, Inc., Mid-State Finance, Inc., and Michael E. Gray (collectively, "All American") respectfully move this Court to certify its March 21, 2018 Order denying All American's Motion for Judgment on the Pleadings, ECF No. 236, to enable an appeal to the Fifth Circuit Court of Appeals pursuant to 28 U.S.C. § 1292(b), Federal Rule of Civil Procedure 7, and Federal Rule of Appellate Procedure Rule 5. All American asks this Court to certify the following questions:

(i) Does the structure of the Consumer Financial Protection Bureau ("CFPB") violate Article II of the Constitution and the Constitution's separation of powers?

(ii) Do principles of fair notice and due process prevent the CFPB from enforcing the Consumer Financial Protection Act's prohibition against "unfair," "deceptive," and "abusive" acts, 12 U.S.C. § 5536(a)(1)(B), without defining those terms?

This motion is based upon the contemporaneously filed memorandum in support.

Dated: March 26, 2018

Respectfully submitted,

/s/ Helgi C. Walker
Theodore B. Olson, *pro hac vice* (DC 367456)
Helgi C. Walker, *pro hac vice* (DC 454300)
Joshua S. Lipshutz, *pro hac vice* (DC 1033391)
Lochlan F. Shelfer, *pro hac vice* (DC 1029799)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9575
Email: tolson@gibsondunn.com
hwalker@gibsondunn.com
jlipshutz@gibsondunn.com
lshelfer@gibsondunn.com

/s/ Michael V. Cory, Jr.
Michael V. Cory, Jr. (MS 9868)
Dale Danks, Jr. (MS 5789)
DANKS, MILLER & CORY
213 S. Lamar Street, P.O. Box 1759
Jackson, MS 39215-1759
Telephone: (601) 957-3101
Facsimile: (601) 957-3160
Email: ddanks@dmc-law.net

Bentley E. Conner (MS 6465)
164 E. Center Street, P.O. Box 563
Canton, MS 39046
Telephone: (601) 859-6306
Facsimile: (601) 589-6307
Email: bentleyeconner@gmail.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF system on the following counsel of record on March 26, 2018:

Christopher Deal
Lawrence DeMille-Wagman
*Senior Litigation Counsel*
Emily Mintz
Michael Favretto
Stephanie Brenowitz
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20522
christopher.deal@cfpb.gov
lawrence.wagman@cfpb.gov
emily.mintz@cfpb.gov
michael.favretto@cfpb.gov
stephanie.brenowitch@cfpb.gov
daniel.abraham@cfpb.gov

/s/ Michael V. Cory, Jr.