**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CONSUMER FINANCIAL PROTECTION BUREAU** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 3:16-cv-356-WHB-JCG**

**ALL AMERICAN CHECK CASHING, INC.;**
**MID-STATE FINANCE, INC.; and**
**MICHAEL E. GRAY, Individually** **DEFENDANTS**

**ORDER**

In accordance with the stay issued in this case, all motions pending herein [Docket Nos. 197 and 201] will be held in abeyance, and the rulings thereon deferred, until the interlocutory appeal has been decided by the United States Court of Appeals for the Fifth Circuit.

SO ORDERED this the 29th day March, 2018.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE