*3:16 CV 356*

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 18-90015

---



CONSUMER FINANCIAL PROTECTION BUREAU,

> Plaintiff - Respondent

v.

ALL AMERICAN CHECK CASHING, INCORPORATED; MID-STATE
FINANCE, INCORPORATED; MICHAEL E GRAY, Individually,

> Defendants - Petitioners

---

Motion for Leave to Appeal
from an Interlocutory Order

---

A True Copy
Certified order issued Apr 24, 2018

*Jyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Before DENNIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:

The motion for leave to appeal from the interlocutory order of the United States District Court of the Southern District of Mississippi, entered on March 21, 2018, is GRANTED.