# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 24, 2018

TO: All Counsel and Parties Listed Below

    Misc. No. 18-90015   Consum Fincl Protc Bur v. All Amer
                                  Check Cashing, Inc., et al
                                  USDC No. 3:16-CV-356

Enclosed is a copy of the court's order granting the motion(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 18-60302.

Unless the district court has granted you leave to proceed on appeal in forma pauperis, the appellant(s) should immediately pay the court of appeals' $505.00 docketing fee to the clerk of the district court, and notify this office of your payment within 14 days from the date of this letter. If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

Counsel desiring to appear in this case must electronically file a "Form for Appearance of Counsel", naming each party you represent, within 14 days from the date of this letter. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Mary C. Stewart, Deputy Clerk
                            504-310-7694

Mr. Jeremy Max Christiansen  
Mr. Bentley Edd Conner  
Mr. Dale Danks Jr.  
Mr. Lawrence W. DeMille-Wagman  
Mr. Christopher J. Deal  
Mr. Joshua Seth Lipshutz  
Mr. Theodore Olson  
Mr. Lochlan Francis Shelfer  
Ms. Helgard Clarice Walker  
Enclosure(s)  
cc:  
    Mr. Arthur S. Johnston III