

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: Administrative Orders of the U. S. District Court       Case No. 3:40-mc-0011

### ORDER TO REASSIGN CASES

United States Magistrate Judge Robert H. Walker has been recalled to active service by the Judicial Council of the United States Court of Appeals for the Fifth Circuit effective October 1, 2021 [93]. Until further order of the court, (1) the cases listed on the attached Exhibit A, including consent cases, are hereby reassigned from United States Magistrate Judge John C. Gargiulo to Recalled United States Magistrate Judge Robert H. Walker; (2) the Clerk of Court is directed to assign all new cases which would otherwise be assigned to Judge Gargiulo under Sections VIII and IX of Internal Rule 1 (amended effective August 23, 2021) to Judge Walker; provided, however, that (3) Section IX A (2) of Internal Rule 1 is temporarily amended such that the petty-offense docket in the southern division of this district shall not rotate during the service of Judge Walker and shall remain with United States Magistrate Judge Robert P. Myers.

Any settings before Judge Gargiulo in the cases listed on Exhibit A will remain as scheduled with regard to date, time, and place, unless rescheduled and re-noticed by Judge Walker.

**SO ORDERED,** this the 1st day of October 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

| Exhibit "A" ||
|---|---|
| **Case Number** | **Short Title** |
| 1:06-cv-00433-HSO-JCG | Rigsby et al v. State Farm Fire and Casualty Company et al |
| 1:14-cv-00018-JCG | Delaughter v. Woodall et al |
| 1:16-cv-00038-HSO-JCG | United States of America et al v. Performance Accounts Receivable, LLC, et al |
| 1:18-cv-00046-HSO-JCG | Pate et al v. Hunt Southern Group, LLC et al |
| 1:18-cv-00047-HSO-JCG | Schooling et al v. Hunt Southern Group, LLC et al |
| 1:18-cv-00050-HSO-JCG | Foster et al v. Hunt Southern Group, LLC et al |
| 1:18-cv-00053-HSO-JCG | Stewart et al v. Hunt Southern Group, LLC et al |
| 1:18-cv-00162-LG-JCG | Dickens et al v. Autozone, Inc. et al |
| 1:18-cv-00310-HSO-JCG | Boone v. Long Beach School District |
| 1:18-cv-00338-HSO-JCG | United States of America et al v. The Gardens Pharmacy, LLC et al |
| 1:18-cv-00350-HSO-JCG | Bishop Insurance Agency LLC v. Bishop Insurance Services PLLC et al |
| 1:18-cv-00355-HSO-JCG | Parks v. Shaw |
| 1:18-cv-00389-JCG | Perkins v. Hall et al |
| 1:19-cv-00043-LG-JCG | Moore v. Acadian Ambulance Service, Inc. et al |
| 1:19-cv-00081-JCG | Perkins v. Hutchenson et al |
| 1:19-cv-00209-HSO-JCG | North v. BP Exploration & Production, Inc. et al |
| 1:19-cv-00241-HSO-JCG | Santana v. Aaron&#039;s, Inc. |
| 1:19-cv-00245-HSO-JCG | Kidd et al v. Lowe&#039;s Home Centers, LLC et al |
| 1:19-cv-00309-HSO-JCG | Harrington v. Primerica Life Insurance Company et al |
| 1:19-cv-00351-HSO-JCG | Lloyd v. Keesler Federal Credit Union |
| 1:19-cv-00353-HSO-JCG | Chevron U.S.A., Inc. v. Matthews |
| 1:19-cv-00362-HSO-JCG | Humphrey v. Hall et al |
| 1:19-cv-00419-HSO-JCG | Arcuri v. Dana Transport, Inc. et al |
| 1:19-cv-00536-HSO-JCG | Evans v. Huffington Post.Com, Inc. et al |
| 1:19-cv-00827-HSO-JCG | Affordable Care, LLC v. JNM Office Property LLC |
| 1:19-cv-00901-JCG | Rucker v. Hall et al |
| 1:19-cv-00913-HSO-JCG | R.A.N. v. City of Biloxi, Mississippi et al |
| 1:19-cv-00916-HSO-JCG | Perkins v. Middlebrooks et al |
| 1:19-cv-00954-DPJ-JCG | Chuyou et al v. Grand Casinos of Biloxi, LLC et al |
| 1:20-cv-00003-HSO-JCG | Bye v. MGM Resorts International, Inc. |
| 1:20-cv-00018-HSO-JCG | Davis v. Huntington Ingalls Incorporated et al |
| 1:20-cv-00021-HSO-JCG | Daigle v. USA Truck, Inc. et al |
| 1:20-cv-00037-HSO-JCG | Watford v. Warren et al |
| 1:20-cv-00057-HSO-JCG | Comeaux et al v. Moore et al |
| 1:20-cv-00060-HSO-JCG | Collier v. Magnolia Finance, LLC |
| 1:20-cv-00069-JCG | Hurst v. City of D&#039;Iberville, MS et al |
| 1:20-cv-00082-HSO-JCG | Davis v. City of Moss Point, Mississippi et al |
| 1:20-cv-00084-HSO-JCG | Eaker v. City of Moss Point, Mississippi et al |
| 1:20-cv-00086-HSO-JCG | Vance v. City of Moss Point, Mississippi et al |
| 1:20-cv-00087-HSO-JCG | Montague v. City of Moss Point, Mississippi et al |
| 1:20-cv-00088-HSO-JCG | Joseph v. City of Moss Point, Mississippi et al |
| 1:20-cv-00089-HSO-JCG | Coleman v. City of Moss Point, Mississippi et al |

| Exhibit "A" ||
|---|---|
| **Case Number** | **Short Title** |
| 1:20-cv-00090-HSO-JCG | Posey v. City of Moss Point, Mississippi et al |
| 1:20-cv-00091-HSO-JCG | Nettles, Jr. v. City of Moss Point, Mississippi et al |
| 1:20-cv-00094-HSO-JCG | Singh v. City of Moss Point, Mississippi et al |
| 1:20-cv-00110-HSO-JCG | Ferguson v. DeJoy et al |
| 1:20-cv-00115-HSO-JCG | Kitchens v. Ford Motor Company |
| 1:20-cv-00129-HSO-JCG | Havard v. Mississippi Highway Patrol et al |
| 1:20-cv-00139-HSO-JCG | State Farm Fire and Casualty Company v. Omega Flex, Inc. |
| 1:20-cv-00147-HSO-JCG | JESCO Construction Company v. Wells Fargo Bank, N.A. |
| 1:20-cv-00159-TBM-JCG | C.F. Gollott and Son Seafood, Inc. v. Gollott et al |
| 1:20-cv-00163-HSO-JCG | Canterbury v. Huntington Ingalls Incorporated |
| 1:20-cv-00170-HSO-JCG | Parolli v. Simioli et al |
| 1:20-cv-00180-HSO-JCG | Tolliver v. Mills |
| 1:20-cv-00183-HSO-JCG | Smith v. Cain et al |
| 1:20-cv-00187-HSO-JCG | Friedman v. Audubon Engineering Company, LLC et al |
| 1:20-cv-00193-HSO-JCG | Crump v. Errington et al |
| 1:20-cv-00207-HSO-JCG | Steele v. Phillips |
| 1:20-cv-00216-HSO-JCG | Peterson v. Pearl River County, Mississippi et al |
| 1:20-cv-00230-HSO-JCG | Baker v. Stone County Sheriff Department et al |
| 1:20-cv-00236-JCG | Walsh v. Jackson County et al |
| 1:20-cv-00240-TBM-JCG | Golden Gulf Casino, Inc. v. Oscar Renda Contracting, Inc. |
| 1:20-cv-00245-HSO-JCG | Williams v. Alpha Vessel Co., LLC et al |
| 1:20-cv-00247-HSO-JCG | Sims v. City of Moss Point et al |
| 1:20-cv-00249-HSO-JCG | Burleigh v. Dolly Trans Freight, Inc. et al |
| 1:20-cv-00253-HSO-JCG | Havard v. Reeves |
| 1:20-cv-00262-HSO-JCG | Simmons et al v. Silver Slipper Casino Venture, L.L.C. et al |
| 1:20-cv-00268-HSO-JCG | Indian Harbor Insurance Company v. Moore et al |
| 1:20-cv-00272-HSO-JCG | Nichols et al v. CSX Transportation, Inc. |
| 1:20-cv-00276-TBM-JCG | Green v. Love&#039;s Travel Stops & Country Stores, Inc. &#035;619 |
| 1:20-cv-00284-HSO-JCG | Green v. Miller et al |
| 1:20-cv-00289-HSO-JCG | West Jackson County Utility District v. Utility Service Co., Inc. |
| 1:20-cv-00297-HSO-JCG | Missala Marine Services, Inc. v. SCB Properties, LLC et al |
| 1:20-cv-00300-HSO-JCG | Wilson et al v. Ly Investments, L.L.C. |
| 1:20-cv-00302-HSO-JCG | Walker v. Perry et al |
| 1:20-cv-00306-TBM-JCG | Morgan v. Gilley et al |
| 1:20-cv-00310-LG-JCG | Meade v. Wal-Mart Stores East, LP |
| 1:20-cv-00312-HSO-JCG | Flores-Martinez v. Bay St. Louis-Waveland School District et al |
| 1:20-cv-00315-HSO-JCG | Simpson v. William et al |
| 1:20-cv-00319-HSO-JCG | Taylor v. Harrison County, Mississippi et al |
| 1:20-cv-00323-HSO-JCG | Kemp et al v. Allstate Property and Casualty Insurance Company |
| 1:20-cv-00324-HSO-JCG | In the Matter of the Complaint of Jeffrey Gehrmann and Judy Gehrmann, as Owners and or Operator of That Boston Whaler Motor Vessel, Hull Identification No: BWCE12951607, for Exoneration from or Limita |
| 1:20-cv-00336-HSO-JCG | Burton v. Picayune Public-School District |

| \ | Exhibit "A" |
|---|---|
| **Case Number** | **Short Title** |
| 1:20-cv-00341-HSO-JCG | Kennedy v. Verizon Business Network Services, LLC |
| 1:20-cv-00345-HSO-JCG | Smith v. Power Dynamics Innovations, LLC |
| 1:20-cv-00351-HSO-JCG | Ross v. Sullivan et al |
| 1:20-cv-00355-HSO-JCG | Jackson v. Siegel Group LLC et al |
| 1:20-cv-00356-HSO-JCG | Fulton et al v. Goodnight Terminal Services, Inc. |
| 1:20-cv-00361-LG-JCG | Eddington v. Gulf Coast Exotic Auto, LLC |
| 1:20-cv-00363-HSO-JCG | Hoepelman-Metz v. Tabletops Unlimited, Inc. |
| 1:20-cv-00364-LG-JCG | Hernandez v. Industrial Specialists, LLC et al |
| 1:20-cv-00365-JCG | Murshid v. Keys et al |
| 1:20-cv-00366-LG-JCG | Moran v. United States of America |
| 1:20-cv-00367-HSO-JCG | White v. Forest River, Inc. |
| 1:20-cv-00369-HSO-JCG | Epperson v. Commissioner of Social Security |
| 1:20-cv-00372-DPJ-JCG | Myers v. Gulf States Trampoline, LLC et al |
| 1:20-cv-00375-LG-JCG | Bergeron v. Diversified Elevator Service & Equipment Company, Inc. |
| 1:21-cv-00006-LG-JCG | Best v. Wal-Mart Stores East, L.P. |
| 1:21-cv-00007-JCG | Rucker v. Mills et al |
| 1:21-cv-00019-HSO-JCG | Freret v. Commissioner of Social Security |
| 1:21-cv-00022-HSO-JCG | Jackson v. Premier Entertainment Biloxi LLC |
| 1:21-cv-00031-LG-JCG | Cabrera Services Inc. v. APTIM Federal Services, LLC |
| 1:21-cv-00032-LG-JCG | Martin v. Walmart Inc. et al |
| 1:21-cv-00035-LG-JCG | Newell v. BP Exploration & Production, Inc. et al |
| 1:21-cv-00037-HSO-JCG | Sager-Resor v. Bay St. Louis-Waveland School District |
| 1:21-cv-00040-HSO-JCG | Jaeckels v. Golden Nugget, LLC et al |
| 1:21-cv-00041-LG-JCG | Yon v. Hale |
| 1:21-cv-00042-LG-JCG | Ray et al v. Taurus Honor Shipping Co., LTD et al |
| 1:21-cv-00043-HSO-JCG | Acker v. Pearl River Technologies, LLC et al |
| 1:21-cv-00050-HSO-JCG | Slate v. N & F Logistic, Inc. |
| 1:21-cv-00056-LG-JCG | Smith v. Futch et al |
| 1:21-cv-00059-HSO-JCG | Tobar v. Hernandez et al |
| 1:21-cv-00064-LG-JCG | Rollcon, LLC v. Cabrera Services Inc. |
| 1:21-cv-00065-HSO-JCG | Braddock v. Pippins et al |
| 1:21-cv-00066-HSO-JCG | Theologos v. Southern Home Care Services, Inc. et al |
| 1:21-cv-00067-HSO-JCG | Hansen v. Atlantic Specialty Insurance Company et al |
| 1:21-cv-00068-HSO-JCG | Jones v. McDonough |
| 1:21-cv-00071-HSO-JCG | Norton v. BP Exploration & Production, Inc. et al |
| 1:21-cv-00073-HSO-JCG | Morrell v. Jackson County et al |
| 1:21-cv-00080-LG-JCG | Thompson v. Jackson County ADC et al |
| 1:21-cv-00089-HSO-JCG | Jones v. Ezell et al |
| 1:21-cv-00092-HSO-JCG | Ables v. United States of America et al |
| 1:21-cv-00094-LG-JCG | Banks v. Silver Slipper Casino Venture, L.L.C. |
| 1:21-cv-00096-HSO-JCG | Smith v. BP Exploration & Production, Inc. et al |
| 1:21-cv-00102-LG-JCG | Costello v. BP Exploration & Production, Inc. et al |
| 1:21-cv-00103-LG-JCG | Bradford v. BP Exploration & Production, Inc. et al |

| Exhibit "A" ||
|---|---|
| **Case Number** | **Short Title** |
| 1:21-cv-00109-HSO-JCG | Dillon et al v. Davis et al |
| 1:21-cv-00111-HSO-JCG | Hanshaw v. Jackson County ADC et al |
| 1:21-cv-00114-TBM-JCG | Ponce v. Chevron U.S.A., Inc. |
| 1:21-cv-00115-LG-JCG | Akins v. Ezell et al |
| 1:21-cv-00116-HSO-JCG | Dufour Jr. v. BP Exploration & Production, Inc. et al |
| 1:21-cv-00118-HSO-JCG | Hickman v. City of Wiggins |
| 1:21-cv-00120-HSO-JCG | Cole v. Missouri H |
| 1:21-cv-00125-LG-JCG | Rodriguez et al v. Scott M. Favre Public Adjuster, LLC et al |
| 1:21-cv-00127-HSO-JCG | Coleman v. State Farm Mutual Automobile Insurance Company |
| 1:21-cv-00129-TBM-JCG | Golden v. McDonough |
| 1:21-cv-00132-LG-JCG | Killion v. AGM Transport, Inc. et al |
| 1:21-cv-00133-LG-JCG | Certain Underwriters at Lloyd&#039;s Subscribing to Policy No. ULLX4199798.20 v. Koi Sushi Japanese Steak House, LLC |
| 1:21-cv-00136-HSO-JCG | Plitsch et al v. Lakeview Loan Servicing, LLC et al |
| 1:21-cv-00137-LG-JCG | Rush v. Wal-Mart Stores, Inc. |
| 1:21-cv-00138-HSO-JCG | Wilson v. Bay Tower Apartments et al |
| 1:21-cv-00145-TBM-JCG | Underwood et al v. United States of America |
| 1:21-cv-00148-HSO-JCG | Guessford v. Afni, Inc. |
| 1:21-cv-00151-LG-JCG | John Hancock Life Insurance Company (U.S.A.) v. Jenkins et al |
| 1:21-cv-00153-TBM-JCG | Hafferkamp v. Commissioner of Social Security |
| 1:21-cv-00154-HSO-JCG | Powell v. Lowe&#039;s Home Centers, LLC |
| 1:21-cv-00156-HSO-JCG | Farag v. Jackson-George Regional Library System |
| 1:21-cv-00158-LG-JCG | RPM Pizza, LLC v. Risk & Insurance Consultants, Inc. et al |
| 1:21-cv-00165-HSO-JCG | Boyd v. Myerscough |
| 1:21-cv-00176-HSO-JCG | Marion v. Nelson et al |
| 1:21-cv-00178-HSO-JCG | Attia v. Wray et al |
| 1:21-cv-00185-HSO-JCG | Riley v. Woerner Agribusiness, LLC et al |
| 1:21-cv-00186-TBM-JCG | Scott v. Huntington Ingalls Incorporated |
| 1:21-cv-00187-LG-JCG | Moberg v. Cain |
| 1:21-cv-00189-HSO-JCG | Scott v. Jackson County Sheriff&#039;s Department et al |
| 1:21-cv-00192-LG-JCG | Waters v. Pruitt et al |
| 1:21-cv-00194-HSO-JCG | Bennett v. Allstate Insurance Company |
| 1:21-cv-00195-HSO-JCG | Griffin v. Lil Daddy Pizza, LLC et al |
| 1:21-cv-00196-HSO-JCG | Roley v. City of Gautier, MS et al |
| 1:21-cv-00204-HSO-JCG | Addison et al v. Transamerica Retirement Solutions LLC et al |
| 1:21-cv-00208-HSO-JCG | Coleman v. Navigator Credit Union |
| 1:21-cv-00212-LG-JCG | Batiste v. Wal-Mart Stores East, L.P. |
| 1:21-cv-00215-LG-JCG | White v. Jackson County Jail et al |
| 1:21-cv-00217-HSO-JCG | Parker v. City of Gulfport et al |
| 1:21-cv-00221-LG-JCG | Penns v. Harrison County Jail et al |
| 1:21-cv-00226-HSO-JCG | Turner v. Family Dollar Stores of Mississippi, Inc. et al |
| 1:21-cv-00227-HSO-JCG | VT Halter Marine, Inc. v. W&O Supply, Inc. et al |
| 1:21-cv-00233-LG-JCG | Harris v. BP Exploration & Production, Inc. et al |

| Exhibit "A" ||
|---|---|
| **Case Number** | **Short Title** |
| 1:21-cv-00234-HSO-JCG | Hayden v. Stewart et al |
| 1:21-cv-00238-HSO-JCG | Hernandez v. Transportation Consultants, Inc. et al |
| 1:21-cv-00248-HSO-JCG | Woodruff v. CMH Homes, Inc. |
| 1:21-cv-00250-HSO-JCG | Townsel v. Williams et al |
| 1:21-cv-00253-HSO-JCG | Hendrix et al v. Allstate Insurance Company et al |
| 1:21-cv-00256-LG-JCG | Johnson v. Peterson et al |
| 1:21-cv-00257-HSO-JCG | Burrus v. Halpern |
| 1:21-cv-00258-HSO-JCG | Progressive Gulf Insurance Company v. Oschner Health System et al |
| 1:21-cv-00262-HSO-JCG | Robinson v. LHC Group |
| 1:21-cv-00264-HSO-JCG | Wilson v. Circuit Court of Jackson County, MS et al |
| 1:21-cv-00266-HSO-JCG | Diversified Computer Systems, Inc. v. Pearl River County, Mississippi et al |
| 1:21-cv-00268-HSO-JCG | Lara v. Racetrac Petroleum, Inc. et al |
| 1:21-cv-00269-LG-JCG | Tiblier v. BP Exploration & Production, Inc. et al |
| 1:21-cv-00271-TBM-JCG | Tanner v. Jackson County School District et al |
| 1:21-cv-00276-LG-JCG | Williams v. Mountain Laurel Assurance Company |
| 1:21-cv-00277-HSO-JCG | Fairley v. Cain |
| 1:21-cv-00281-HSO-JCG | Smith v. Jackson County A.D.C. Mental Health |
| 1:21-cv-00285-HSO-JCG | Savard v. Keystone Medical Services of Gulfport, Inc. et al |
| 1:21-cv-00287-LG-JCG | 5P Exequy Holding, LLC v. Southern Mississippi Cemetery Properties, LLC et al |
| 1:21-cv-00289-HSO-JCG | Windom v. Jubilee Foods, Inc. et al |
| 1:21-cv-00291-LG-JCG | Crawford v. Jackson County Adult Detention Center et al |
| 1:21-cv-00293-LG-JCG | Bistle v. Academy, Ltd. et al |
| 1:21-cv-00294-HSO-JCG | Taylor v. McDonough |
| 1:21-cv-00296-HSO-JCG | Cauley v. Cauley et al |
| 1:21-cv-00299-HSO-JCG | Lankford et al v. GEICO General Insurance Company |
| 1:21-cv-00300-HSO-JCG | Andrews et al v. Mansy et al |
| 1:21-cv-00303-HSO-JCG | Anderson v. Safeco Insurance Company of Illinois et al |
| 1:21-cv-00304-HSO-JCG | Smith v. Jackson County ADC |
| 1:21-cv-00305-LG-JCG | Karpaitis v. Mandal&#039;s, Inc. |
| 1:21-cv-00306-HSO-JCG | McLeod v. Smith |
| 1:21-cv-00308-HSO-JCG | Button et al v. Alford et al |
| 2:19-cv-00063-TBM-JCG | Tate et al v. Zaleski et al |
| 2:20-cv-00043-TBM-JCG | United States of America v. Everett Farm, LLC et al |
| 2:20-cv-00146-KS-JCG | Marshall v. Commissioner of Social Security |
| 2:20-cv-00170-TBM-JCG | Esters v. Cain |
| 2:20-cv-00184-HSO-JCG | Mauritz et al v. Lynn et al |
| 2:20-cv-00199-TBM-JCG | Williamson v. Commissioner of Social Security |
| 2:20-cv-00211-TBM-JCG | Thompson v. Forrest General Hospital |
| 2:21-cv-00008-HSO-JCG | Ivey v. Turbo Group Operations, Inc. |
| 2:21-cv-00011-HSO-JCG | Davis v. Wayne County et al |
| 2:21-cv-00025-TBM-JCG | Lott v. C R Bard Incorporated et al |
| 2:21-cv-00037-HSO-JCG | Tyson Foods, Inc. v. Shelby et al |

| Exhibit "A" ||
|---|---|
| **Case Number** | **Short Title** |
| 2:21-cv-00038-HSO-JCG | Plaza Home Mortgage, Inc. v. Innovated Holdings, Inc. et al |
| 2:21-cv-00039-HSO-JCG | Creel v. Commissioner of Social Security |
| 2:21-cv-00041-HSO-JCG | United States of America v. Price |
| 2:21-cv-00043-HSO-JCG | Jefferson et al v. The City of Columbia, Mississippi et al |
| 2:21-cv-00046-HSO-JCG | Sanderson Farms, Inc. v. Allied World Assurance Company (U.S.) Inc. et al |
| 2:21-cv-00051-JCG | Bryant v. Cooley et al |
| 2:21-cv-00054-HSO-JCG | Winston v. Wade Transport Inc. |
| 2:21-cv-00063-HSO-JCG | Gibson et al v. City of Hattiesburg et al |
| 2:21-cv-00066-JCG | Francis v. Commissioner of Social Security |
| 2:21-cv-00074-HSO-JCG | Ford v. The Citizens Bank of Philadelphia et al |
| 2:21-cv-00075-HSO-JCG | Bryant v. Bogalusa Bayou Railroad LLC/Watco |
| 2:21-cv-00077-HSO-JCG | Cooley v. Rabbit, Inc. et al |
| 2:21-cv-00078-HSO-JCG | Moss et al v. Reagan Power & Compression, LLC et al |
| 2:21-cv-00081-HSO-JCG | Lang v. Forrest County Adult Detention Center |
| 2:21-cv-00087-TBM-JCG | Gammage v. Hatten |
| 2:21-cv-00090-HSO-JCG | Williamson v. Sofidel America Corp. et al |
| 2:21-cv-00091-KS-JCG | Brewer v. Commissioner of Social Security |
| 2:21-cv-00099-HSO-JCG | Dubose v. McClure |
| 2:21-cv-00102-HSO-JCG | Wiggins et al v. Darden Restaurants, Inc. |
| 2:21-cv-00104-HSO-JCG | Rolison v. Clark County Sheriffs Office et al |
| 2:21-cv-00105-HSO-JCG | Graves v. Moulds et al |
| 2:21-cv-00112-HSO-JCG | Fluker v. State of Mississippi |
| 2:21-cv-00114-HSO-JCG | Sakalarios v. SoClean, Inc. |
| 2:21-cv-00120-HSO-JCG | Breeden v. Blackwell |
| 2:21-cv-00122-HSO-JCG | Johnson v. W.E. Blain and Sons, Inc. et al |
| 3:16-cv-00356-DPJ-JCG | Consumer Financial Protection Bureau v. All American Check Cashing, Inc. et al |
| 3:18-cv-00465-DPJ-JCG | Hayes v. Griffith et al |
| 3:18-cv-00546-HSO-JCG | Robertson v. University of Mississippi Medical Center et al |
| 3:18-cv-00559-DPJ-JCG | Wilson v. United States Department of Commerce et al |
| 3:19-cv-00660-KHJ-JCG | Byars v. Asbury Management Services, LLC et al |
| 3:19-cv-00895-DPJ-JCG | Pickens v. Commissioner of Social Security Administration |
| 3:20-cv-00317-JCG | Willis v. Commissioner of Social Security Administration |
| 3:20-cv-00324-DPJ-JCG | Evans v. Bulbhead |
| 3:20-cv-00436-HTW-JCG | Delaney v. Saul |
| 3:20-cv-00451-DPJ-JCG | Richardson v. Commissioner of Social Security Administration |
| 3:20-cv-00458-DPJ-JCG | Hicks v. State of Mississippi et al |
| 3:20-cv-00470-JCG | Nichols v. Commissioner of Social Security |
| 3:20-cv-00533-JCG | Evans v. City of Jackson, Mississipi |
| 3:20-cv-00546-DCB-JCG | Ford v. United States of America et al |
| 3:20-cv-00575-KHJ-JCG | Harper v. Commissioner of Social Security |
| 3:20-cv-00608-KHJ-JCG | Jones v. Saul |
| 3:20-cv-00667-KHJ-JCG | Chunn v. Commissioner of Social Security Administration |

| Exhibit "A" ||
|---|---|
| **Case Number** | **Short Title** |
| 3:20-cv-00712-HTW-JCG | Mississippi Children&#039;s Home Services, Inc. v. Kanopy Healthcare Partners, Inc. |
| 3:20-cv-00748-DCB-JCG | Strong v. Reizer, et al |
| 3:20-cv-00756-HTW-JCG | Holifield v. Turner |
| 3:20-cv-00817-HTW-JCG | Flood v. Commissioner of Social Security Administration |
| 3:21-cv-00208-TSL-JCG | Sly v. Commissioner of Social Security |
| 3:21-cv-00272-HTW-JCG | Walker v. King |
| 3:21-cv-00370-CWR-JCG | Carter v. Commissioner of Social Security |
| 3:21-cv-00438-KHJ-JCG | Hill v. Terry et al |
| 3:21-cv-00459-KHJ-JCG | Moore v. Portillo |
| 3:21-cv-00533-DPJ-JCG | Butler v. Davis et al |
| 3:21-cv-00534-KHJ-JCG | Vaughan v. Commissioner of Social Security |
| 3:21-cv-00599-DPJ-JCG | Wilson v. United States Department of Commerce et al |
| 5:21-cv-00001-KS-JCG | Hussein v. Gillis |
| 5:21-cv-00006-KS-JCG | Triumph Church of God in Christ v. Church Mutual Insurance Company |
| 5:21-cv-00008-JCG | Davis v. Wyatt et al |
| 5:21-cv-00027-DCB-JCG | Stuckey v. C.R. England, Inc. |
| 5:21-cv-00031-KS-JCG | Patrick v. Pike County Jail et al |
| 5:21-cv-00033-KS-JCG | Noworyta v. Pike County Jail et al |
| 5:21-cv-00035-KS-JCG | Carr et al v. Sanderson Farms, Inc. et al |
| 5:21-cv-00039-KS-JCG | Garner v. Tiger Timber, Inc. |
| 5:21-cv-00040-DCB-JCG | Toles v. Fair |
| 5:21-cv-00043-DCB-JCG | Davis v. Cain et al |
| 5:21-cv-00046-DCB-JCG | Chenyan v. Strickland |
| 5:21-cv-00047-KS-JCG | Luxottica Group S.p.A. v. Lollis LLC et al |
| 5:21-cv-00049-DCB-JCG | Parks v. Fedex Ground Package System, Inc. et al |
| 5:21-cv-00051-KS-JCG | Carr v. Carr |
| 5:21-cv-00054-KS-JCG | Huskey v. Bonner et al |
| 5:21-cv-00058-DCB-JCG | Ahmed et al v. City of Natchez, MS et al |
| 5:21-cv-00059-DCB-JCG | Reed v. State Farm Fire and Casualty Insurance Company et al |
| 5:21-cv-00062-KS-JCG | Blackmon et al v. Adams County, MS et al |
| 5:21-cv-00063-KS-JCG | Holloway v. Middlebrooks et al |
| 5:21-cv-00065-DCB-JCG | Reed v. Clements |
| 5:21-cv-00069-DCB-JCG | Smith v. Middlebrooks et al |
| 5:21-cv-00071-KS-JCG | White v. Lincoln County, Mississippi et al |
| 5:21-cv-00073-DCB-JCG | Dionisio v. Phoenix Financial Services, LLC |
| 5:21-cv-00075-DCB-JCG | Reed v. Clements et al |
| 5:21-cv-00077-KS-JCG | Patrick v. John Doe |
| 5:21-cv-00080-KS-JCG | Cain v. Wal-Mart Stores East, LP et al |
| 5:21-cv-00081-KS-JCG | Banks v. Jefferson Comprehensive Health Center, Inc. et al |
| 5:21-cv-00083-KS-JCG | Travis v. Mountain Laurel Assurance Company et al |
| 5:21-cv-00084-KS-JCG | Equal Employment Opportunity Commission v. Sanderson Farms, Inc. et al |

| Exhibit "A" | | |
|---|---|---|
| Case Number | Defendant | Def # |
| 1:09-cr-00039-LG-JCG | Chacon-Posada | 1 |
| 1:14-cr-00033-HSO-JCG | Bamidele | 19 |
| 1:14-cr-00033-HSO-JCG | Lawani | 13 |
| 1:14-cr-00033-HSO-JCG | Osokomaiya | 21 |
| 1:14-cr-00033-HSO-JCG | Stephen | 20 |
| 1:15-mj-00041-JCG | Jones | 1 |
| 1:15-mj-00053-JCG | McIntyre | 1 |
| 1:15-mj-00055-JCG | Allen | 1 |
| 1:15-mj-00061-JCG | Gonzalez-Lira | 1 |
| 1:15-mj-00062-JCG | Martin | 1 |
| 1:15-mj-00064-JCG | Montgomery | 1 |
| 1:15-mj-00066-JCG | Behre | 1 |
| 1:15-mj-00069-JCG | Parks | 1 |
| 1:16-mj-00008-JCG | Alexander | 1 |
| 1:16-mj-00015-JCG | Michalski | 1 |
| 1:16-mj-00023-JCG | Bomar | 2 |
| 1:16-mj-00023-JCG | Wright | 1 |
| 1:16-mj-00033-JCG | Robinson | 1 |
| 1:16-mj-00042-JCG | Blas | 1 |
| 1:16-mj-00043-JCG | Conner | 1 |
| 1:16-mj-00051-JCG | Priddy | 1 |
| 1:16-mj-00076-JCG | Bullock | 1 |
| 1:16-mj-00077-JCG | Brown | 1 |
| 1:16-mj-00084-JCG | Andrews | 1 |
| 1:16-mj-00092-JCG | Flurry | 1 |
| 1:17-cr-00091-HSO-JCG | 9W Technology Co., LTD | 2 |
| 1:17-cr-00091-HSO-JCG | Yan | 1 |
| 1:17-mj-00010-JCG | Jackson | 1 |
| 1:17-mj-00012-JCG | Tatum | 1 |
| 1:17-mj-00018-JCG | Skladzien | 1 |
| 1:17-mj-00019-JCG | Muniz | 1 |
| 1:17-mj-00026-JCG | Pittman | 1 |
| 1:17-mj-00027-JCG | McKinney | 1 |
| 1:17-mj-00035-JCG | Salley | 1 |
| 1:17-mj-00036-JCG | Haydon | 1 |
| 1:17-mj-00088-JCG | Gonzalez | 1 |
| 1:17-mj-00098-JCG | Koufos | 1 |
| 1:17-mj-00119-JCG | Putnam | 1 |
| 1:18-mj-00002-JCG | Smith | 1 |
| 1:18-mj-00046-JCG | Tidmore | 1 |
| 1:19-cr-00019-TBM-JCG | Reed | 1 |
| 1:19-mj-00025-JCG | Blake | 1 |
| 1:19-mj-00047-JCG *SEALED* | Vu | 1 |

| Exhibit "A" | | |
|---|---|---|
| **Case Number** | **Defendant** | **Def #** |
| 1:19-mj-00068-JCG | Harrison | 1 |
| 1:19-mj-00106-JCG | Coleman | 1 |
| 1:20-cr-00003-LG-JCG | Blackmon | 1 |
| 1:20-cr-00045-HSO-JCG *SEALED* | Moran | 1 |
| 1:20-cr-00048-HSO-JCG | Abreu | 1 |
| 1:20-cr-00048-HSO-JCG | Nguyen | 2 |
| 1:20-cr-00048-HSO-JCG | Young | 3 |
| 1:20-cr-00084-HSO-JCG | Farea | 1 |
| 1:20-cr-00086-LG-JCG *SEALED* | Kovilpillai | 1 |
| 1:20-cr-00095-HSO-JCG | Sheppard | 1 |
| 1:20-cr-00096-HSO-JCG | Wells | 1 |
| 1:20-cr-00103-TBM-JCG | Fisher | 1 |
| 1:20-mj-00015-JCG | Moton | 1 |
| 1:20-mj-00098-JCG | Coleman | 1 |
| 1:20-mj-00122-JCG | Goins | 1 |
| 1:21-cr-00009-HSO-JCG | Brown | 1 |
| 1:21-cr-00010-HSO-JCG | Edwards | 1 |
| 1:21-cr-00010-HSO-JCG | Orpia | 2 |
| 1:21-cr-00011-TBM-JCG | Prassenos | 1 |
| 1:21-cr-00015-TBM-JCG | Torrey | 1 |
| 1:21-cr-00019-HSO-JCG | King | 1 |
| 1:21-cr-00026-HSO-JCG | Hand | 4 |
| 1:21-cr-00026-HSO-JCG | McLeod | 1 |
| 1:21-cr-00026-HSO-JCG | McLeod | 5 |
| 1:21-cr-00026-HSO-JCG | Morrow | 2 |
| 1:21-cr-00026-HSO-JCG | Saranthus | 3 |
| 1:21-cr-00031-TBM-JCG | Adams | 1 |
| 1:21-cr-00032-HSO-JCG | Bailey | 1 |
| 1:21-cr-00033-TBM-JCG | Borrero-Chamorro | 1 |
| 1:21-cr-00037-LG-JCG | Forrest | 1 |
| 1:21-cr-00039-TBM-JCG | Thomas | 1 |
| 1:21-cr-00040-LG-JCG | Thurtell | 1 |
| 1:21-cr-00041-TBM-JCG | Washington | 1 |
| 1:21-cr-00047-HSO-JCG | Moreno-Bernal | 1 |
| 1:21-cr-00048-TBM-JCG | Johnson | 1 |
| 1:21-cr-00050-HSO-JCG | Brown | 4 |
| 1:21-cr-00050-HSO-JCG | Chancellor | 5 |
| 1:21-cr-00050-HSO-JCG | Graham | 1 |
| 1:21-cr-00050-HSO-JCG | Graham | 2 |
| 1:21-cr-00050-HSO-JCG | Simmons | 3 |
| 1:21-cr-00051-TBM-JCG | Gelston | 1 |
| 1:21-cr-00052-TBM-JCG | Perusquia | 1 |
| 1:21-cr-00054-LG-JCG | Fulcher-Massey | 2 |

| Exhibit "A" | | |
|---|---|---|
| **Case Number** | **Defendant** | **Def #** |
| 1:21-cr-00054-LG-JCG | Lucas | 1 |
| 1:21-cr-00055-TBM-JCG *SEALED* | Davis | 1 |
| 1:21-cr-00056-HSO-JCG | Brown | 1 |
| 1:21-cr-00057-LG-JCG | Coleman | 1 |
| 1:21-cr-00058-LG-JCG | Jenkins | 1 |
| 1:21-cr-00059-HSO-JCG | Lane | 1 |
| 1:21-cr-00064-HSO-JCG | Weaver | 1 |
| 1:21-cr-00071-HSO-JCG | Brown | 1 |
| 1:21-cr-00072-LG-JCG | Flowers | 1 |
| 1:21-cr-00073-HSO-JCG | Godsey | 1 |
| 1:21-cr-00074-TBM-JCG | Harveston | 1 |
| 1:21-cr-00076-HSO-JCG | Davila-Alvarado | 1 |
| 1:21-cr-00077-HSO-JCG | Melgar-Garcia | 1 |
| 1:21-cr-00078-HSO-JCG | Moye | 1 |
| 1:21-cr-00079-TBM-JCG | Montoya-Landaverde | 2 |
| 1:21-cr-00079-TBM-JCG | Ortega-Garcia | 1 |
| 1:21-cr-00080-TBM-JCG | Stockstill | 1 |
| 1:21-cr-00081-LG-JCG | Ruiz-Aguillon | 1 |
| 1:21-cr-00082-HSO-JCG | Evans | 1 |
| 1:21-cr-00085-HSO-JCG | McLeod | 1 |
| 1:21-mj-00003-JCG | Ikner | 1 |
| 1:21-mj-00024-JCG | Riser | 1 |
| 1:21-mj-00037-JCG | Eagan | 1 |